# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

AMIR KAREEM BEIGALI

Case Number: 6:97-CR-43-ORL-18KRS

USM Number: 21724-018

Peter Warren Kenny, FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two and Three of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New conviction for offense of Attempt to Possess with Intent to Distribute Cocaine | April 14, 2009 |
| Two | New conviction for the Offense of Use of a Firearm During and in Relation to a Drug Trafficking Offense | April 14, 2009 |
| Three | Travel outside the District without permission | November 17, 2005 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/29/2009

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

November 13, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months**. The term of imprisonment imposed by this judgment shall run **consecutively** with the defendant's term of imprisonment already imposed or in any future sentence in Docket Number 07CR20490-1, United States District Court, Eastern District of Michigan.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

# Amir Kareem Beigali

## DOCKET NO: 6:97-CR-43-ORL-35KRS

**Amended Petition**  This case was considered by the Court on the Amended Petition on Probation and Supervised Release (Doc. No. 146, filed 10/5/09), Report and Recommendation of the United States Magistrate Judge (Doc. No. 149, filed 10/16/09) and Order to Show Cause at Final Revocation Hearing (Doc. No. 154, filed 10/21/09) at a hearing held 10/16/09, attended by the Defendant, counsel for the Defendant, and counsel for the Government.

**Adjudication**  The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: Yes or No

| Yes | No | # | Violation |
|---|---|---|---|
| ☐ | ☐ | 1) | New conviction for the offense of Attempt to Possess With Intent to Distribute Five Kilograms of Cocaine, in violation of 21 U.S.C. Sections 846 and 841 (a)(1), on April 14, 2009, in violation of the conditions of supervision (Grade A Violation) |
| ☐ | ☐ | 2) | New conviction for the offense of Use of a Firearm During and in Relation to a Drug Trafficking Offense, in violation of 18 U.S.C. Section 924(c)(1)(A) and (C)(i), on April 14, 2009, in violation of the conditions of supervision (Grade A Violation) |
| ☐ | ☐ | 3) | Travel outside the district without permission in violation of Condition One of the Standard Conditions of Supervision (Grade C Violation) |

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable guidelines are:

__A__ is the Highest Grade violation, and

__III__ is the original Criminal History Category, which calls for

__18__ to __24__ months imprisonment, and

__3__ years is the Maximum Statutory penalty, and

__5__ years is the Maximum Statutory term of Supervised Release

1

| | |
|---|---|
| **Objections** | Are there any objections to the court's findings? |

Is there any reason why I should not proceed to sentencing?

## SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Amended Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or have waived the opportunity to do so.

| | |
|---|---|
| **Adoption of Report and Recommendation** | The Report and Recommendation of the United States Magistrate Judge (Doc. No. 149) is **ADOPTED AND APPROVED**, there being no objection filed. |
| **Petition Granted** | The Amended Petition on Probation and Supervised Release (Doc. No. 146) is **GRANTED** and the defendant's supervised release (Doc. No. 88, filed 10/22/97) is: |
| **Revoked** | The Court therefore **ORDERS** that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 **MONTHS**. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines. |
| **Consecutive Federal/State** | The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed or in any future sentence in Docket Number 07CR20490-1, United States District Court, Eastern District of Michigan. |
| **Remand To Custody** | The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons. |

| | |
|---|---|
| **No New term of Supervised Release** | Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case. |
| **Factors Enumerated in 18 U.S.C. § 3553/Advisory Guideline** | In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence. |
| **Final Objections** | The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record? |
| **Appeal of Sentence** | The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee. |
| **Instructions to Clerk** | The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release. |